# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2019 KW 0988

VERSUS

TERRY LYN SMITH                                       **SEP 17 2019**

---

In Re:    Terry Lyn Smith, applying for supervisory writs, 21st
          Judicial District Court, Parish of Livingston, No.
          29773.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT